UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 28, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AIDA MAGANA, )<br>)<br>Defendant. ) | Case No. MAG. 05-0274-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __AIDA MAGANA__ , Case No. __MAG. 05-0274-GGH__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __   Release on Personal Recognizance

    __  __   Bail Posted in the Sum of $__

    _✔_   Unsecured Appearance Bond

    __  __   Appearance Bond with 10% Deposit

    __  __   Appearance Bond with Surety

    __  __   Corporate Surety Bail Bond

    _✔_   (Other)   __Pretrial Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _September 28, 2005_ at _2:30 pm_ .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court