QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Aida Magana

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR S-05-0413 DFL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **REQUEST FOR APPOINTMENT OF COUNSEL AND [PROPOSED] ORDER** |
| AIDA MAGANA, | ) | |
| Defendant. | ) | |

Defendant Aida Magana hereby requests that the appointment of the Office of the Federal Defender be terminated and that Quin Denvir be appointed as her counsel. Mr. Denvir has been handling the case since the Office was appointed by the Court. He will be retiring from the Office as of December 31, 2005. Defendant would like the appointment of the Office terminated and Mr. Denvir appointed as her new counsel, effective January 1, 2006.

December 21, 2005                    Respectfully submitted,


                                     /s/ Quin Denvir
                                     QUIN DENVIR

                                     Attorney for Aida Magana

1

1    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

2
DATED: 12/22/2005
3

4

5    _____
     DAVID F. LEVI
6    United States District Judge

United States v. Magana
05r0413 DFL
Req. Appt. New Counsel            2