MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708                **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 05-413 DFL |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER ADVANCING HEARING DATE |
| AIDA MAGANA, ) | |
| Defendant. ) | |

The parties stipulate and request that the Court advance the hearing date on the Defendant's Motion to Dismiss to January 25, 2007 at 10:00 a.m..

                                         Respectfully Submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

DATE: January 10, 2007    By:  /s/ Matt Segal
                                         MATTHEW D. SEGAL
                                         Assistant U.S. Attorney

DATE: January 10, 2007         /s/ Quin Denvir
                                         QUIN DENVIR
                                         Counsel for Aida Magana

                                         **SO ORDERED.**

DATE:01/10/2007

                                         /s/ David F. Levi
                                         HON. DAVID F. LEVI
                                         U.S. District Judge