QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-9845

Attorney for Defendant
AIDA MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>    Plaintiff, )<br>         )<br>         )<br>         )<br>AIDA MAGANA, )<br>         )<br>    Defendant. )<br>_____) | CR S-O5-0413 DLJ<br><br>**STIPULATION AND ORDER**<br><br><br>DATE: September 11, 2007<br>TIME:  11:00 a.m.<br>COURT: Honorable D. Lowell Jensen |

Plaintiff United States of America, by its counsel Assistant United States Attorney Matthew Segal, and defendant Aida Magana, by her counsel Attorney Quin Denvir, hereby stipulate and agree that the status conference currently calendared for September 11, 2007 should be continued to October 23, 2007 at 11:00 a.m.. Defense counsel requires additional time for defense preparation, including interviewing witnesses, consulting with client, and discussions with the government regarding possible resolution.

The parties further agree that time should be excluded through October 23, 2007 under Local Code T-4.

                                        Respectfully submitted,


DATED: August 28, 2007          /s/ Quin Denvir
                                        QUIN DENVIR

U.S. v. Magana, CR S-05-0413 DLJ
Stip/Proposed Order                             1

```
                                        Attorney for Defendant
                                        Aida Magana

                                        McGREGOR SCOTT
                                        United States Attorney


DATED: August 28, 2007                   /s/ Quin Denvir
                                        Telephonically authorized to sign
                                        for MATTHEW SEGAL
                                        Assistant U. S. Attorney
```

**0 R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: September 7, 2007     _____
                             Honorable D. LOWELL JENSEN
                             United States District Judge

U.S. v. Magana, CR S-05-0413 DLJ
Stip/Proposed Order                         2