```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0413 DLJ |
| Plaintiff, ) | |
| v. ) | ORDER APPOINTING COUNSEL |
| AIDA MAGANA, ) | |
| Defendant. ) | |
| _____ ) | |

      The defendant, AIDA MAGANA, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

      [ X ]  Office of the Federal Defender to provide advice of rights and consultation with Quin Denvir, Esquire

      [   ]  CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

      An advice of rights and consultation appointment are being requested so that our office can speak with Ms. Magana about the case, her options, and how to proceed.  Mr. Denvir handled this case when he was the Federal Defender for the Eastern District of California and he is now in private practice representing Ms. Magana under court

appointment.  Ms. Magana needs a second opinion and advice concerning her options so that she can decide how to proceed.  We have met with Mr. Denvir and we are requesting appointment for the purposes of consulting on the case with Mr. Denvir and/or providing advice of rights for the defendant.  This appointment will not result in any additional hourly billings because the staff in the Federal Defender's Office are salaried and do not bill for their time.  Ms. Magana has previously qualified for appointed counsel and continues to be financially qualified for appointed counsel.

DATED:  September 20, 2007

                                Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Mary M. French
                                MARY M. FRENCH
                                Supervising Assistant Federal Defender

    Having satisfied the court that AIDA MAGANA is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED: September 20, 2007

*[signature: D. Lowell Jensen]*

                                D. LOWELL JENSEN
                                SENIOR UNITED STATES DISTRICT JUDGE