```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AIDA MAGANA,<br><br>  Defendant.<br>_____ | CR-S-05-0413 DLJ<br><br>STIPULATION AND ORDER SETTING<br>MOTION DATE AND MOTION SCHEDULE<br>AND VACATING STATUS CONFERENCE<br>AND TRIAL DATES<br><br>Date:   March 4, 2008<br>Time:   11:00 a.m.<br>Judge:  Hon. D. Lowell Jensen |

IT IS HEREBY STIPULATED between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant AIDA MAGANA, that defendant's Motion for Specific Performance of Plea Agreement shall be heard on March 4, 2008, at 11:00 a.m. in the courtroom of the Honorable D. Lowell Jensen and that the following motion schedule shall be set:

Defendant's motion shall be filed on or before January 29, 2008.

The government's response shall be filed on or before February 19, 2008.

Defendant's reply shall be filed on or before February 26, 2008.

IT IS FURTHER STIPULATED between the parties that the status

conference date of January 29, 2008, and the trial date of February 4, 2008, shall be vacated.

IT IS FURTHER STIPULATED that the period from January 10, 2008, through and including March 4, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.  In addition, the time period from January 29, 2008, up to and including March 4, 2008, shall be excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and Local Code E based upon exclusion of time relating to pretrial motions.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)). Specifically, counsel for the Defendant needs time to conduct investigation and research for the motion that she intends to file.

Dated:   January 10, 2008            Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                       /s/ Mary M. French          
                                     MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     AIDA MAGANA

//

//

//

```
Dated:   January 10, 2008          MCGREGOR W. SCOTT
                                   United States Attorney


                                   /s/   Mary M. French for
                                         Matthew D. Segal
                                   _____
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney
                                   per telephonic authorization
```

IT IS SO ORDERED.

Dated: January 11, 2008

_____
D. LOWELL JENSEN
United States District Judge