1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Federal Defender's Office
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )  CR-S-05-0413 DLJ
10                                   )
                     Plaintiff,      )  STIPULATION AND ORDER VACATING
11                                   )  MOTION DATE AND MOTION SCHEDULE
              v.                     )  AND SETTING STATUS
12                                   )  CONFERENCE/CHANGE OF PLEA HEARING
   AIDA MAGANA,                      )
13                                   )  Date:      February 19, 2008
                     Defendant.      )  Time:      10:00 a.m.
14                                   )  Judge:     Hon. D. Lowell Jensen
   _____ )
15

16        IT IS HEREBY STIPULATED between the parties, Matthew D. Segal,

17  Assistant United States Attorney, attorney for plaintiff, and Mary M.

18  French, Supervising Assistant Federal Defender, attorney for defendant

19  AIDA MAGANA, that defendant's Motion for Specific Performance of Plea

20  Agreement currently set for March 4, 2008, at 11:00 a.m. in the

21  courtroom of the Honorable D. Lowell Jensen, as well as the motion

22  schedule, shall be vacated and that a status conference/change of plea

23  hearing shall be set for Tuesday, February 19, 2008, at 10:00 a.m.

24        IT IS FURTHER STIPULATED that the period from January 10, 2008,

25  through and including February 19, 2008, should be excluded pursuant to

26  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

27  counsel and defense preparation.  The parties stipulate that the ends

1    of justice are served by the Court excluding such time, so that counsel

2    for the defendant may have reasonable time necessary for effective

3    preparation, taking into account the exercise of due diligence (18

     U.S.C. § 3161(h)(8)(B)(iv)).

4    Dated:  February 5, 2008          Respectfully submitted,

5
                                       DANIEL J. BRODERICK
6                                      Federal Defender

7

8                                       __/s/ Mary M. French_____
                                       MARY M. FRENCH
9                                      Supervising Assistant
                                       Federal Defender
10                                     Attorney for Defendant
                                       AIDA MAGANA
11
     Dated:  February 5, 2008          MCGREGOR W. SCOTT
12                                     United States Attorney

13
                                       /s/  Mary M. French for
14                                          Matthew D. Segal

15                                     _____
                                       MATTHEW D. SEGAL
16                                     Assistant U.S. Attorney
                                       per telephonic authorization
17

18   IT IS SO ORDERED.

19   Dated: 2/5/2008

20                                     /s/ D. Lowell Jensen_____  _____
                                       D. LOWELL JENSEN
21                                     United States District Judge

22

23

24

25

26

27