```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Federal Defender's Office
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-S-05-0413 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE/CHANGE OF PLEA |
| v. | ) HEARING |
| AIDA MAGANA, | ) Date:  February 26, 2008 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. D. Lowell Jensen |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant AIDA MAGANA, that the Status Conference/Change of Plea hearing date of February 19, 2008, is vacated and a new Status Conference/Change of Plea hearing date of February 26, 2008, at 10:00 a.m. is hereby set.

The Assistant United States Attorney is not available for the previously set Status Conference/Change of Plea hearing date.

IT IS FURTHER STIPULATED that the period from February 19, 2008, through and including February 26, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel. The parties stipulate that the ends of justice are served by

the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)).

Dated: February 6, 2008            Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender


                                              /s/ Mary M. French
                                              MARY M. FRENCH
                                              Supervising Assistant
                                              Federal Defender
                                              Attorney for Defendant
                                              AIDA MAGANA

Dated: February 6, 2008            MCGREGOR W. SCOTT
                                              United States Attorney


                                              /s/  Mary M. French for
                                                   Matthew D. Segal

                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney
                                              per telephonic authorization


IT IS SO ORDERED.

Dated: February 6, 2008

                                              D. LOWELL JENSEN
                                              United States District Judge